**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN WALSH, III, | |
| Plaintiff, | CIVIL ACTION NO. 3:16-CV-0834 |
| v. | (JUDGE CAPUTO) |
| GREATER SCRANTON YMCA, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

**ORDER**

**NOW**, this 20th day of May, 2016, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation (Doc. 3) is **ADOPTED** in its entirety. Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge